1012

**Will RIAT, alias Buck Reed, v. UNITED STATES of America.**

No. 5522.

Circuit Court of Appeals, Sixth Circuit.
January 16, 1930.

Daniel Boone, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.
Judgment of District Court affirmed.

**George ROBBEN, Appellant, v. UNITED STATES of America.**

No. 8755.

Circuit Court of Appeals, Eighth Circuit.
May 13, 1930.

D. W. Peters, of Jefferson City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.
Appeal dismissed for want of prosecution.

**T. J. ROGERS and Victoria Rogers v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5615.

Circuit Court of Appeals, Sixth Circuit.
February 3, 1930.

Earl R. Lewis, of St. Clairsville, Ohio, for petitioners.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.
Docketed and dismissed pursuant to motion of counsel for respondent.

**Carl ROSENFIELD, Clark C. Hyatt, and William A. Comstock v. UNITED STATES.**

No. 5629.

Circuit Court of Appeals, Sixth Circuit.
March 3, 1930.

John A. Baxter, of Detroit, Mich., for appellants.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Docketed and dismissed pursuant to motion of counsel for appellee.

**Benjamin Joseph SALMON v. UNITED STATES.**

No. 15.

Circuit Court of Appeals, Tenth Circuit.
July 5, 1929.

Whitehead & Vogl, of Denver, Colo., for appellant.

George Stephan, U. S. Atty., of Denver, Colo.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal dismissed July 5, 1929, for failure to prosecute.